**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Manuel PINEDA-HIGUERA, a.k.a.
Rodolfo Almason-Avila,
Defendant-Appellant.**

**No. 16-11692
Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(March 10, 2017)

Tracia M. King, John Andrew Horn, Lawrence R. Sommerfeld, U.S. Attorney's Office, Atlanta, GA, for Plaintiff-Appellee

Manuel Pineda-Higuera, Atlanta, GA, for Defendant-Appellant

Before MARCUS, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

Lynn Fant Merritt, appointed counsel for Manuel Pineda-Higuera in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Pineda-Higuera's conviction and sentence is **AFFIRMED**.